IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:15-CV-63-D

| | |
|---|---|
| AERIAL DEVELOPMENT GROUP, LLC, AERIAL AND ABOVE, LLC, and AERIAL INVESTMENT PROPERTIES, LLC, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| CAROLINA PRIVATE FINANCIAL CORPORATION d/b/a THE FINANCIAL COPILOT, and HUGH O. STEWART, | ) ) ) ) ) |
| Defendants. | ) |

**ORDER**

On August 25, 2015, Aerial Development Group, LLC, Aerial and Above, LLC, Aerial Investment Properties, LLC, Britnie Turner, Aerial Builders, LLC, Skyview Group, Inc., and Above Homes, LLC moved to dismiss the claims set forth in the verified counterclaim and third-party complaint. See [D.E. 26]; Fed. R. Civ. P. 8, 9, 12(b)(6). On November 5, 2015, Carolina Private Financial Corporation, Hugh O. Stewart, and Skyland Business Systems, Inc. responded in opposition. See [D.E. 37].

The court has reviewed the motion to dismiss and the record under the governing standard. The motion to dismiss [D.E. 26] is DENIED.

SO ORDERED. This __7__ day of December 2015.

JAMES C. DEVER III
Chief United States District Judge