| | |
|---|---|
| AERIAL DEVELOPMENT GROUP, LLC, AERIAL AND ABOVE, LLC and AERIAL INVESTMENT PROPERTIES, LLC, | |
| Plaintiff/Counter-Defendants, | |
| v. | |
| CAROLINA PRIVATE FINANCIAL CORPORATION d/b/a THE FINANCIAL COPILOT and HUGH O. STEWART, | **ORDER** |
| Defendants/Counter-Plaintiffs, | |
| CAROLINA PRIVATE FINANCIAL CORPORATION, HUGH O. STEWART, AND SKYLAND BUSINESS SYSTEMS, INC., | |
| Third-Party Plaintiffs, | |
| v. | |
| BRITNIE TURNER, AERIAL BUILDERS, LLC, SKYVIEW GROUP, INC., AND ABOVE HOMES, LLC, | |
| Third-Party Defendants. | |

THIS CAUSE coming on before the Court on Plaintiffs/Counter-Defendants and Third-Party Defendants and Defendants/Counter-Plaintiffs and Third-Party Plaintiffs' Joint Motion to Modify Discovery Order; and

The Court finding that, for good and sufficient cause shown, the Joint Motion should be allowed:

*[Remaining Order on Following Page]*

IT IS THEREFORE ORDERED that the Joint Motion to Modify Discovery Order is hereby GRANTED. Discovery shall be completed no later than September 29, 2017, and all potential dispositive motions shall be filed by October 16, 2017.

The remainder of any existing scheduling order is unchanged.

SO ORDERED. This **20** day of June 2017.

JAMES C. DEVER III
Chief United States District Judge